151 A.3d 982

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. PETER RALLIS, DEFENDANT-PETITIONER.

September 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005629-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 982

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CATARINA YOUNG, DEFENDANT-PETITIONER.

FILED September 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004034-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.